***NOT PRINTED FOR PUBLICATION*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| NIJINSKY TYWON MURPHY | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-60 |
| NACOGDOCHES COUNTY JAIL, *et al.*, | § | |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Nijinksi Tywon Murphy, an inmate confined at the Hughes Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants the Nacogdoches County Jail and Alvin Bailey.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's against the Nacogdoches County Jail be dismissed for failure to state a claim and as frivolous.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Partial Judgment will be entered in

---

[1] Plaintiff received a copy of the Report and Recommendation on December 17, 2019 (docket entry no. 13).

accordance with the recommendations of the Magistrate Judge.

**So Ordered and Signed**

**Jun 3, 2020**

_____
Ron Clark
Senior Judge